

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2016

No. 04-15-00771-CR

John David **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 11-05-075-CRW
Honorable Russell H. Wilson, Judge Presiding

## ORDER

Appellant's motion for extension of time to file the appellant's brief is granted. We order appellant to file the appellant's brief by May 16, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court